# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN P. PRESTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. CV-10-JEO-0661-S |
| | ) |
| **PALISADES COLLECTION,** | ) |
| **LLC, a corporation; EXPERIAN** | ) |
| **INFORMATION SOLUTIONS,** | ) |
| **INC., a corporation,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This action is before the court on "Plaintiff's Motion to Dismiss [the claims against] Defendant Experian Information Solutions, Inc.," with prejudice, filed on July 19, 2010.[1]  The court, having ordered the dismissal of the plaintiff's claims against Defendant Palisades Collection, LLC, by means of an order entered on August 25, 2010 as doc. no. 12,[2] defendant Experian Information Solutions, Inc., is the only remaining defendant in this case.

Upon consideration of the matters presented in the Motion, and for good cause shown, it is ORDERED that the plaintiff's claims against Experian Information Solutions, Inc., in the above-styled action be, and the same hereby are, DISMISSED

---

[1] Doc. no. 11.

[2] Doc. no. 12.

with prejudice.

Premised on the foregoing, and upon this court's Order of August 25, 2010, *supra*, it is hereby ORDERED that all claims in the above-styled action are DISMISSED WITH PREJUDICE. The clerk is directed to close this file. Costs are taxed as paid.

DONE and ORDERED this 26th day of August, 2010.

_____
United States District Judge